STELLA A. HAVKIN, Bar No. 134334
HAVKIN & SHRAGO
ATTORNEYS AT LAW
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 999-1568
Facsimile: (818) 293-2414

Proposed Attorneys for Wesley H. Avery, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Alpha Beta Gamma Trust, U/T/D 18 August 1998,<br><br>Debtor,<br>_____<br>Scott Eric Rosenstiel,       ,<br><br>Plaintiff,<br><br>vs.<br><br>Wesley H. Avery, Pasadena Market Center, Inc., Gunter Zielke aka Gunter Maria Zielke aka Alex Hemlin aka Merlin Silk, Prapapun Zielke aka Prapapun Chaiprasert aka Gigia Zielke, and Does 1-100 Inclusive,<br><br>Defendants.<br>_____ | Case No: 2:24-bk-16225-BR<br><br>Chapter 7<br><br>Adv No.  2:25-ap-01011-BR<br><br>**PROOF OF SERVICE OF NOTICE OF STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE: REMOVAL OF PROCEEDING AND REMAND**<br><br><br><br>**Date: March 4, 2025**<br>Time: 10:00 a.m.<br>Courtroom: 1668 |

PROOF OF SERVICE OF NOTICE AND OSC

| In re:<br>Alpha Beta Gamma<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:25-ap-01011-BR |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document PROOF OF SERVICE OF NOTICE OF STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE: REMOVAL OF PROCEEDING AND REMAND will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16.la.ecf@usdoj.gov  stella@havkinandshrago.com; shavkinesq@gmail.com

☐ Service service is continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On January 16, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Derek Nicodemus Esq.<br>846 Munevar Road, Cardiff, California 92007 | ☐ Service information continued on attached page |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/16/2025 | Stella Havkin | *Stella Havkin* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                               F 9013-3.1